UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14068-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CHRISTOPHER JON BAUER**,
**BRITTANY LYN DURKIN**

    Defendants.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL AND PRETRIAL DEADLINES**

**THIS CAUSE** comes before the Court upon Defendant's Joint Unopposed Motion to Continue Trial and Extend Time for Pretrial Deadlines [ECF No. 38]. The Court has reviewed the Unopposed Motion and is otherwise fully advised. Following that review, it is,

**ORDERED AND ADJUDGED** that the Motion to Continue and Extend Time to File Pretrial Motions [ECF No. 38] is **GRANTED** for the reasons stated in the Motion, including Defendants' acknowledgment that the continuance requested should be excluded under the Speedy Trial Act [ECF No. 38 ¶ 5]. The Court finds that the interests of justice served by a continuance outweigh any interest of the public or Defendants in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, February 21, 2023, at 1:45 p.m**. The case is set for **Jury Trial** during the two-week trial period that begins **February 27, 2023**.

CASE NO. 22-14068-CR-CANNON

2. All pre-trial motions *in limine* must be filed by **January 19, 2023**, to permit appropriate time for Court review.  Each party is limited to filing one motion *in limine*, therefor, Defendants are to file a combined motion.

3. All other instructions set forth in the Court's Original Order Setting Trial [ECF No. 21] remain in effect unless otherwise specified in this Order.

4. The parties are reminded to adhere to the Court's Local Rules in all respects.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of December 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record